IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JEFFRY JOHN ADAMS, | ) | Case No. 14-02040 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | Date: June 9, 2019 |
| | ) | Time: 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **June 9, 2015 at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Janet s. Baer, Bankruptcy Judge, or such other judge as may be sitting in her stead, in Courtroom 615, in the Dirksen Federal Courthouse, 219 S. Dearborn St, Chicago, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**, at which time and place you may appear as you see fit.

ARNSTEIN & LEHR LLP, counsel for Deborah M. Gutfeld, not individually, but solely in her capacity as Chapter 7 Trustee for the Estate of Jeffry John Adams

By:   /s/ George P. Apostolides

George P. Apostolides (# 06228768)
Kevin H. Morse (# 06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel: 312.876.7100
Fax: 312.876.0288

## CERTIFICATE OF SERVICE

I, George P. Apostolides, an attorney, certify that I caused a copy of the foregoing **NOTICE OF MOTION** and **FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** to be served on the parties listed on the ECF service list below by the Court's ECF System and on the U.S. Mail Service List via regular U.S. mail on May 7, 2015.

By: /s/ George P. Apostolides

112422161.1

## ECF SERVICE LIST

George P Apostolides on behalf of Trustee Deborah Michelle Gutfeld
gpapostolides@arnstein.com, jbmedziak@arnstein.com

Peter C Bastianen on behalf of Creditor Sovereign Bank, NA
ND-Four@il.cslegal.com

Deborah Michelle Gutfeld
gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Trustee Deborah Michelle Gutfeld
khmorse@arnstein.com

Daniel K Robin on behalf of Debtor Jeffry John Adams
danatlaw@aol.com

Michael L Sherman on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC
shermlaw1@aol.com

ACS/MEFA
c/o ACS
Utica, NY  13501

Jeffry John Adams
207 Royal Court
Prospect Heights, IL  60070-1434

Peter C. Bastianen
Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL  60527-6921

Citibank
P.O. Box 790034
St. Louis, MO  63179-0034

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH  43054-3025

Discover Financial Services LLC
P.O. Box 3025
New Albany, OH  43054-3025

Ford Motor Credit
P.O. Box 790093
Saint Louis, MO  63179-0093

Ford Motor Credit Company
P.O. Box 62180
Colorado Springs, CO  80962-2180

Deborah Michelle Gutfeld
Perkins Coie LLP
131 S. Dearborn, Suite 1700
Chicago, IL  60603-5559

Illinois Orthopaedic and Hand
800 Biesterfield Road, #740
Elk Grove Village, IL  60007-3362

Karen Adams
207 Royal Court
Prospect Heights, IL  60070-1434

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604-2027

Massachusetts Educational Financing
Authority
Melissa C. Donohoe
655 Summer Street, Suite 203
Boston, MA  02210-2123

Raila & Associates
742 N. LaSalle Street, #300
Chicago, IL  606564-8765

Daniel K. Robin
Daniel K Robin Ltd.
121 S. Wilke Road, #201
Arlington Heights, IL  60005-1525

Michael L. Sherman
Sherman & Sherman
120 S. LaSalle Street, Suite 1460
Chicago, IL  60603-3575

Sovereign Bank
601 Penn Street
Reading, PA  19601-3553

Sovereign Bank, NA
c/o Codilis & Associates PC
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL  60527-6921

USAA Federal Savings Bank
c/o Weinstein, Pinson and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA  98121-3132

USAA FSB
10750 McDermott Freeway
San Antonio, TX  78288-1600

USAA Savings Bank
10750 McDermott
San Antonio, TX  78288-1600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JEFFRY JOHN ADAMS | ) | Case No. 14-02040 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Arnstein & Lehr LLP ("A&L"), counsel for Deborah M. Gutfeld, not individually but solely in her capacity as Chapter 7 trustee (the "Trustee") for the estate (the "Estate") of Jeffry John Adams (the "Debtor"), pursuant to sections 330 and 331 of title 11, United States Code (the "Bankruptcy Code"), Rule 2002 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 5082-1 of the Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), applies to this Court for the entry of an order (a) allowing A&L fee compensation in the amount of $8,000.00 for its work on behalf of the Trustee in this case; (b) allowing the reimbursement of expenses in the amount of $16.64; and (c) authorizing the Trustee to pay the allowed fees and expenses immediately. In support, A&L respectfully states as follows.

**Background**

1. On January 23, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"). That same day, the Trustee was appointed Chapter 7 Trustee for the Debtor's estate.

2. Prior to the Petition Date, on October 22, 2012, the Debtor purported to establish the JJA and Associates Inc. 401(k) Plan through an online company (the "401(k) Plan"). The

1

Debtor would be the sole employee of the company (JJA and Associates Inc.), the sole beneficiary of the 401(k) Plan, and the 401(k) Plan's fiduciary.

3. On October 29, 2012, one week after the formation of the 401(k) Plan, the Debtor incorporated with the State of Illinois a new company, JJA and Associates Inc. ("JJA"). The Debtor was the sole employee of JJA, the President of JJA, and the Secretary of JJA. The Debtor and Karen Adams, who upon information and belief is the Debtor's wife, are the sole directors of JJA.

4. On November 16, 2012, JJA issued 11,070 shares of stock with par value of $10.00. Seven hundred (700) shares of stock in JJA were issued to the Debtor, individually. The remainder of the stock – 10,370 shares – was issued to the 401(k) Plan for the benefit of the Debtor. On November 13, 2012, three days prior to the stock issuance, the Debtor transferred $103,700.33 from an account at USAA into the 401(k) Plan. The 401(k) Plan used these funds to purchase stock in JJA. The Debtor's Schedule B valued the 10,370 shares of stock held in the 401(k) at $150,000 and the Debtor's 700 shares of stock at $10,000.

5. The Debtor claimed the shares issued to the 401(k) Plan as an asset exempt from the administration of the bankruptcy estate, along with other assets, including an IRA account inherited from the Debtor's mother and the seven hundred (700) shares of stock in JJA issued to the Debtor.

6. The Trustee timely filed an objection to the Debtor's exemptions to the inherited IRA, the stock, and the 401(k) (the "Exemption Objection"). The Debtor responded to the Exemption Objection, and the Trustee filed a reply in support of the Exemption Objection.

7. The Trustee and the Debtor resolved the claim, with the Debtor agreeing to pay the Estate a settlement amount of $20,000.00. The Trustee filed a Rule 9019 motion to approve the settlement, and this Court approved the settlement on February 17, 2015.

8. On or about April 13, 2015, counsel for the Trustee received the settlement payment of $20,000.00, in certified funds. That payment has been deposited in the Trustee's account associated with this case.

### A&L's Compensation Arrangement

9. On July 30, 2014, this Court entered an order authorizing the retention and employment of A&L pursuant to an arrangement worked out with the Trustee (the "Retention Order").

10. In short, under the Retention Order A&L is entitled to a recovery of 40% of the value of the assets recovered for the Estate, so long as that amount is less than the value of A&L's attorney time billed at a flat hourly rate of $275.00 per hour. A&L attorneys worked a total of 49.2 hours at the flat hourly rate of $275.00 per hour, as set forth on the invoice attached as **Exhibit A**. 40% of the value of the $20,000.00 recovered for the Estate, or $8,000.00, is less than the $13,530.00 which is $275.00 per hour times 49.2 hours. Thus, A&L is entitled to a fee of $8,000.00.

11. In addition, under the Retention Order A&L is entitled to its costs of $16.64 separate and apart from its fees, for the delivery of materials to the Debtor.

12. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered and the quality and skill which the situation required

13. No agreement exists between A&L and any third party for the sharing of compensation received by A&L in this case, except as allowed by section 504 of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules with respect to sharing of compensation among members of A&L.

### Notice

14. Notice of this application has been provided to the Debtor and his counsel, all parties that have filed claims in this case, all parties on the creditor matrix, and the Office of the United States Trustee.

WHEREFORE, Arnstein & Lehr LLP respectfully requests that the Court enter an Order:

(A) Allowing interim compensation to A&L in the amount of $8,000.00 for legal services rendered;

(B) Allowing reimbursement to A&L in the amount of $16.64 for expenses incurred during the period October 16, 2013 through August 31, 2014;

(C) Authorizing the Trustee to pay A&L the fees and costs allowed; and

(D) Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
ARNSTEIN & LEHR LLP

By: /s/ George P. Apostolides

George P. Apostolides (# 06228768)
Kevin H. Morse (# 06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel: 312.876.7100
Fax: 312.876.0288

112381002.1