# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
                                                §
Jeffry John Adams                   §     Case No. 14-02040
                                                §
         Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                   219 S. Dearborn Street
                   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:00 a.m. on June 9, 2015 in courtroom 615 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Deborah M. Gutfeld</u>
                                                                           Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Jeffry John Adams § Case No. 14-02040
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 20,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Other:  Arnstein & Lehr LLP | $ 16.64 | $ 0.00 | $ 16.64 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,766.64 |
| Remaining Balance | | $ | 9,233.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,646.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,761.12 | $ 0.00 | $ 2,195.03 |
| 3 | Massachusetts Educational Financing Authority | $ 17,449.95 | $ 0.00 | $ 4,935.27 |
| 4 | Usaa Federal Savings Bank | $ 7,435.89 | $ 0.00 | $ 2,103.06 |
| | Total to be paid to timely general unsecured creditors | | $ | 9,233.36 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 14-02040-JSB
Jeffry John Adams                                                Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 1          Date Rcvd: May 08, 2015
                              Form ID: pdf006         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2015.
```
db              +Jeffry John Adams,    207 Royal Court,    Prospect Heights, IL 60070-1434
21446293         ACS/MEFA,    c/o ACS,    Utica, NY 13501
21446294        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank South Dakota, N.A.,    Attn: Centralized Bankruptcy,
                   P.O. Box 20363,    Kansas City, MO 64195)
21634582        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121)
21446296        +Ford Motor Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
21446297        +Illinois Orthopaedic and Hand,    800 Biesterfield Rd. #740,    Elk Grove Village, IL 60007-3362
21446298        +Karen Adams,    207 Royal Court,    Prospect Heights, IL 60070-1434
21794540        +Massachusetts Educational Financing Authority,    Melissa C Donohoe,    655 Summer Street Ste 203,
                  Boston, MA 02210-2123
21446300        +Northwest Community Hospital,    P.O. Box 95698,    Chicago, IL 60694-5698
21446301        #Raila & Assocs.,    742 N. LaSalle St.,    #300,    Chicago, IL 60654-8765
21446303        +USAA Fsb,    10750 McDermott Fwy,    San Antonio, TX 78288-1600
21446304        +USAA Savings Bank,    10750 Mc Dermott,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21446295         E-mail/PDF: mrdiscen@discover.com May 09 2015 00:18:58      Discover Financial Services,
                  P.O. Box 15316,    Wilmington, DE 19850
21632679         E-mail/PDF: mrdiscen@discover.com May 09 2015 00:18:58      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21446302        +E-mail/Text: cop@santander.us May 09 2015 00:03:39      Sovereign Bank,    601 Penn St,
                  Reading, PA 19601-3553
21918401        +E-mail/Text: bncmail@w-legal.com May 09 2015 00:03:53      USAA FEDERAL SAVINGS BANK,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21446299*       +Karen Adams,    207 Royal Court,    Prospect Heights, IL 60070-1434
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2015 at the address(es) listed below:
```
              Daniel K Robin    on behalf of Debtor Jeffry John Adams danatlaw@aol.com
              Deborah Michelle Gutfeld    on behalf of Trustee Deborah Michelle Gutfeld
               gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com
              George P Apostolides    on behalf of Trustee Deborah Michelle Gutfeld gpapostolides@arnstein.com,
               jbmedziak@arnstein.com
              George P Apostolides    on behalf of Debtor Jeffry John Adams gpapostolides@arnstein.com,
               jbmedziak@arnstein.com
              Kevin H Morse    on behalf of Trustee Deborah Michelle Gutfeld khmorse@arnstein.com
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    Sovereign Bank, NA ND-Four@il.cslegal.com
                                                                                              TOTAL: 9
```