UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Jeffry John Adams § Case No. 14-02040
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 517,614.00 *(Without deducting any secured claims)* | Assets Exempt: 230,044.00 |
| Total Distributions to Claimants: 9,233.36 | Claims Discharged Without Payment: 558,652.15 |
| Total Expenses of Administration: 10,766.64 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 456,300.00 | $ 16,928.35 | $ 16,928.35 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,766.64 | 10,766.64 | 10,766.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,938.55 | 32,646.96 | 32,646.96 | 9,233.36 |
| **TOTAL DISBURSEMENTS** | $ 535,238.55 | $ 60,341.95 | $ 60,341.95 | $ 20,000.00 |

    4) This case was originally filed under chapter 7 on 01/23/2014 . The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/04/2015            By:/s/DEBORAH M. GUTFELD
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Jja And Associates 401K Plan | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit P.O. Box 790093 Saint Louis, MO 63179 | | 17,300.00 | NA | NA | 0.00 |
| | Sovereign Bank 601 Penn St Reading, PA 19601 | | 315,000.00 | NA | NA | 0.00 |
| | USAA Fsb 10750 McDermott Fwy San Antonio, TX 78288 | | 124,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company Llc | 4110-000 | NA | 16,928.35 | 16,928.35 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 456,300.00 | $ 16,928.35 | $ 16,928.35 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Arnstein & Lehr LLP | 3210-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| Arnstein & Lehr LLP | 3220-000 | NA | 16.64 | 16.64 | 16.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 10,766.64 | $ 10,766.64 | $ 10,766.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS/MEFA c/o ACS Utica, NY 13501 | | 17,359.00 | NA | NA | 0.00 |
| | Citibank South Dakota, N.A. Attn: Centralized Bankruptcy P.O. Box 20363 Kansas City, MO 64195 | | 37,479.00 | NA | NA | 0.00 |
| | Discover Financial Services P.O. Box 15316 Wilmington, DE 19850 | | 7,508.00 | NA | NA | 0.00 |
| | Illinois Orthopaedic and Hand 800 Biesterfield Rd. #740 Elk Grove Village, IL 60007 | | 8,900.00 | NA | NA | 0.00 |
| | Northwest Community Hospital P.O. Box 95698 Chicago, IL 60694 | | 219.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Raila & Assocs. 742 N. LaSalle St. #300 Chicago, IL 60654-8765 |  | 155.55 | NA | NA | 0.00 |
|  | USAA Savings Bank 10750 Mc Dermott San Antonio, TX 78288 |  | 7,318.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | NA | 7,761.12 | 7,761.12 | 2,195.03 |
| 3 | Massachusetts Educational Financing Authority | 7100-000 | NA | 17,449.95 | 17,449.95 | 4,935.27 |
| 4 | Usaa Federal Savings Bank | 7100-000 | NA | 7,435.89 | 7,435.89 | 2,103.06 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 78,938.55 | $ 32,646.96 | $ 32,646.96 | $ 9,233.36 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-02040 | JSB | Judge: | Janet S. Baer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Jeffry John Adams | | | | Date Filed (f) or Converted (c): | 01/23/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2014 |
| For Period Ending: | 09/04/2015 | | | | Claims Bar Date: | 06/06/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 207 Royal Court Prospect Heights, Il | 486,000.00 | 47,000.00 | | 0.00 | FA |
| 2. Nominal Cash | 50.00 | 50.00 | | 0.00 | FA |
| 3. Checking At Bank Of America Xxxx9994 | 595.00 | 0.00 | | 0.00 | FA |
| 4. Checking At Usaa | 18.00 | 0.00 | | 0.00 | FA |
| 5. Misc Furniture Furnishings And Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. Two Pistols And A Shot Gun | 350.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Policy | 1.00 | 1.00 | | 0.00 | FA |
| 9. College Illinois 529 Plan; | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Jja And Associates 401K Plan | 150,000.00 | 0.00 | | 20,000.00 | FA |
| 11. Usaa Ira | 41,444.00 | 0.00 | | 0.00 | FA |
| 12. Fidelity Ira | 22,000.00 | 0.00 | | 0.00 | FA |
| 13. Inherited Ira From My Mother; Fidelity | 5,500.00 | 0.00 | | 0.00 | FA |
| 14. I Own 4% Of Jja And Associates Inc. | 10,000.00 | 8,500.00 | | 0.00 | FA |
| 15. Estimated Tax Refund | 500.00 | 500.00 | | 0.00 | FA |
| 16. 2011 Ford Fusion Se | 16,000.00 | 0.00 | | 0.00 | FA |
| 17. 2007 Toyota Rav 4 Damage From An Accident | 7,000.00 | 4,600.00 | | 0.00 | FA |
| 18. 2003 Jaguar S-Type | 4,500.00 | 1,963.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $747,658.00 $62,614.00 $20,000.00 $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to UST on 8/11/15.

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 09/30/2015

*UST Form 101-7-TDR (10/1/2010) (Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-02040 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Jeffry John Adams | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7965 |
| | Checking |
| Taxpayer ID No: XX-XXX6166 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 09/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/15/15 | 10 | Bank of America Cashier's Check | Payment per 02.17.15 court order | 1129-000 | $20,000.00 | | $20,000.00 |
| 06/09/15 | 101 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,750.00 | $17,250.00 |
| 06/09/15 | 102 | Arnstein & Lehr LLP 120 South Riverside Plaza Suite 1200 Chicago, IL 60606-3910 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $8,000.00 | $9,250.00 |
| 06/09/15 | 103 | Arnstein & Lehr LLP 120 South Riverside Plaza Suite 1200 Chicago, IL 60606-3910 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $16.64 | $9,233.36 |
| 06/09/15 | 104 | Discover Bank Db Servicing Corporation Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 28.28 % per court order. | 7100-000 | | $2,195.03 | $7,038.33 |
| 06/09/15 | 105 | Massachusetts Educational Financing Authority Melissa C Donohoe 655 Summer Street Ste 203 Boston, Ma 02210 | Final distribution to claim 3 representing a payment of 28.28 % per court order. | 7100-000 | | $4,935.27 | $2,103.06 |
| 06/09/15 | 106 | Usaa Federal Savings Bank C O Weinstein,Pinson And Riley, Ps 2001 Western Avenue, Ste 400 Seattle, Wa 98121 | Final distribution to claim 4 representing a payment of 28.28 % per court order. | 7100-000 | | $2,103.06 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Page Subtotals:  $20,000.00   $20,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7965 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:                    $0.00         $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*